

ROBERT GARCIA
NAME
I-51858
PRISON NUMBER
P.O. BOX 290027 A6 120
CURRENT ADDRESS OR PLACE OF CONFINEMENT
REPRESA, CA 95671
CITY, STATE, ZIP CODE

2254 ✓  1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
CONSENT TO
Court ✓  ProSe

**FILED**
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROBERT GARCIA ,
(FULL NAME OF PETITIONER)
                              PETITIONER

v.

Jimmy WALKER ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])
                              RESPONDENT
and

_____ ,
The Attorney General of the State of
California, Additional Respondent.

**'08 CV 1441 W WMc**

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
SAN DIEGO SUPERIOR COURT, SAN DIEGO, CA

2. Date of judgment of conviction: 4-16-2002

3. Trial court case number of the judgment of conviction being challenged: SCD-164072

4. Length of sentence: 23 Years



5. Sentence start date and projected release date: 4-16-02 to 2024

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Two Counts of 2nd degree Robbery

7. What was your plea? (CHECK ONE)
   (a) Not guilty    ☐
   (b) Guilty        ☑
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☐
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes  ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: Denied
    (b) Date of result, case number and citation, if known: 7-28-2006 Same as in above.
    (c) Grounds raised on direct appeal: Illegal Sentence Enhancement

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: Denied
    (b) Date of result, case number and citation, if known: June 11th, 2008 S159382
    (c) Grounds raised: Breach of Contract along with Illegal sentence Enhancement

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result, case number and citation, if known: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☑ Yes  ☐ No

15. If your answer to #15 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: SCd-164077

    (b) Nature of proceeding: Habeas Corpus

    (c) Grounds raised: Illegal sentence Enhancement

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☑ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☑ Yes  ☐ No

17. If your answer to #17 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: Unknown

    (b) Nature of proceeding: Habeas Corpus

    (c) Grounds raised: Illegal sentence Enhancement

_____
_____
_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes  ☑ No

(e) Result: _____

(f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
   ☐ Yes  ☐ No

19. If your answer to #19 was "Yes," give the following information:

   (a) **California Supreme Court** Case Number: S 159 382

   (b) Nature of proceeding: Habeas corpus
   _____

   (c) Grounds raised: Breach of Contract, as well as Illegal Sentence Enhancement
   _____
   _____
   _____

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes  ☑ No

   (e) Result: Denied

   (f) Date of result: June 11th, 2008

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:
   _____
   _____
   _____
   _____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☐ Yes ☑ No    (IF "YES" SKIP TO #11)

(a) If no, in what federal court was the prior action filed? _This One_

(i) What was the prior case number? _Same as this one_

(ii) Was the prior action (CHECK ONE):

☑ Denied on the merits?

☑ Dismissed for procedural reasons?

(iii) Date of decision: _____

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☑ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) GROUND ONE: The Court imposed an Illegal Sentence Enhancement in violation of The 14th Amendment of the US constitution as well as Due process

Supporting FACTS (state *briefly* without citing cases or law) On April 16th, 2002, petitioner pled guilty to two counts of Robbery and was sentenced to a total of 23 years that included 3 serious felony priors (a total of 15 years) on top of the 8 years he was to receive as part of the plea Bargain. Since petitioner's prior serious felonies that were used to enhance his sentence were not actually two but one this was Illegal. (See attached Statement of facts of the Case) for exhibits to support Ground for relief.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise GROUND ONE in the California Supreme Court?
☑ Yes ☐ No.

**(b) GROUND TWO:** Petitioner's sentence was in Violation of Due process being there was a Breach of Contract, being terms were not met.

Supporting **FACTS** (state *briefly* without citing cases or law): On April 16th, 2002, petitioner after being offered a plea Bargain of Eight (8) Years for two Counts Of Robbery pled guilty... he was sentenced to a total of 23 Years in State prison. This sentence inCluded 3 serious felony enhancements (Priors) that was never inCluded in the orginal agreement that Petitioner agreed to. Nevertheless, the Court imposed the sentence anyway (See statement of facts of the Case) for exhibits.

Did you raise GROUND TWO in the California Supreme Court?
☑ Yes ☐ No.

(c) **GROUND THREE**: _____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): ____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.



**(d) GROUND FOUR:** _____

_____

_____

Supporting **FACTS** (state _briefly_ without citing cases or law): _____



**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☑ Yes ☐ No

24. If your answer to #23 is "Yes," give the following information:

(a) Name of Court: _____ This one _____

(b) Case Number: _____ Same _____

(c) Date action filed: _____

(d) Nature of proceeding: _____ Habeas Corpus _____

(e) Grounds raised: _____ Same _____

_____

_____

_____

_____

(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☑ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☑ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☑ No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b)  Give date and length of the future sentence: _____

   _____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_7-13-08_

(DATE)

_R Garcia_

SIGNATURE OF PETITIONER

F F 2 3 5 + I

# FORM A

## MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

## FACTS OF THE CASE

### 1.

Petitioner was sentenced to 23 Years which included an additional 15 Years to wit.. Three (3) serious Felony enhancements. Now it should be noted that during petitioner's plea bargain, there was never any mention of any serious felony enhancement being included in the agreed upon sentence. Infact, the only time petitioner's serious felony priors were mentioned for sentencing use was after petitioner had pled guilty to the 2 counts of Robbery (see copy of Plea Bargain agreement) Therefore, this was a violation of the plea bargain agreement being the terms of the plea-Bargain were disregarded in favor of the plea-More extensive sentence instead of the expected 8 Year sentence petitioner was entitled to by law. Without question his sentence is infact illegal- Furthermore, on January 9th, 1983, Petitioner pled guilty also in a plea bargain agreement to two counts of Burglary in the County of San Diego, (case #CR60379 and #CR66380 (see copy of prior plea agreement dated January 9th, 1984, as exhibits C1 and C2) Prior to his change of plea on December 20th, 1983, both cases were consolidated and the resulted sentence of four Years was served concurrent

2.

1  (See Abstract of Judgment dated September 11th, 1983,
2  as "exhibit D" and copies dated December 20th,
3  1983, of case # F81461 and case # F81493 that
4  shows the Consolidation of both cases as
5  exhibit "E1 and E-2) On January 11th, 1989,
6  Petitioner was also convicted of Burglary
7  Penal code 459 this time by a jury of his
8  Peers in the County of Los Angeles, case # A
9  478490, in which he received six years for the
10 Burglary itself along with one 5 year enhancement
11 Per P.C. 667.5 (a) for a total of 12 years,
12 (see copy of Abstract of Judgment dated
13 February 27th, 1989, pgs. one and two as exhibit
14 F-1 and F-2, At that time, the trial court
15 clearly recognized that Petitioner's 1983 priors
16 were consolidated and counted as one and
17 therefore only enhanced Petitioner with one
18 5 year enhancement Per P.C. 667 (a)
19 because they were not brought and tried
20 separately Per P.C. 667(a).
21 Now, the trial court in the present case ... by using
22 the same Criminal conviction to enhance his
23 sentence as a separate serious felony prior,
24 committed an Illegal sentence giving rise to
25 a denial of Due Process, as applied to the 14th
26 Amendment(see exhibit A) In united States
27 V. Booker, 543 us 220, 226, 244 (2005) The
28 supreme court held that mandatory provisions

3.

1 Of the United States sentencing guidelines —
2 unconstitutional. The Court found that the
3 sentencing guidelines regime under which a
4 Judge could enhance a Defendant's sentence
5 based solely on his or her determination of
6 fact (Neither) found by the Jury (N) or admitted
7 by the Defendant violates the sixth and four-
8 teenth Amendment right unless that fact is
9 a prior conviction, Booker explicitly extended
10 the Courts holding in Blakely v. Washington to
11 the sentencing guidelines. After Booker, Judges
12 must still consider the sentencing guidelines when
13 making a sentencing determination. The guidelines
14 were promulgated by the United States Sentencing
15 Commission pursuant to the sentencing reform act
16 of 1984, "This includes consolidated convictions and
17 sentences as in Petitioner's case. Such a prior
18 sentence imposed in related cases are treated as
19 one conviction sentence for purposes of calculating
20 the criminal history catagory. "See sentencing guidelines,
21 supra note 1 & 4A1.2 (a)(2) prior conviction sentences
22 are not related if they were for offenses
23 separated by an intervening arrest. "See § 4A1.2
24 cmT. N.3 related cases are those which occured
25 on the same occasion, were part of a single
26 common scheme or play, or were consolidated
27 for trial or sentencing. "See E.G. US v. Tocchiarelli
28

4.

17) F. 3d 24, 34 (1st Cir. 1999) ——
Petitioner's sentence for the two Robberies of
23 Years was also Illegal under the guidelines
of Penal Codes 1192.7 as well as 667 (a) and
therefore must be remanded to conform to
the sentencing guidelines involving serious
felony enhancements that are not brought
and tried separately per P.C. 667(a) and
P.C. 1192.7

2. Petitioner's sentence amounted to a Breach
of Contract,
Petitioner's sentence was a "Breach of Contract"
being the terms of the agreement were not met.
When Petitioner's Plea agreement was made ... the
trial Court agreed to strike Petitioner's Prior strikes,
Case # CR 66379 and 66380, there was never any
mention of any serious felony enhancements until
after Petitioner had pled guilty and was sentenced
(see above mentioned) The trial Court then
chose instead to enhance his sentence to the
more extensive one of 23 Years which included
"3 serious felony enhancements for a total of
15 Years to be served consecutively to the Court's
Eight (8) Year sentence (the mid term) agreed
upon in the original plea bargain. In US V. Rivera
357 F. 3d 290 295, (3d Cir. 2004) Plea agreement
reserving right of Government to take any position

5.

1. with respect to the appropriate sentence to be
2. imposed on Defendant did not allow Government
3. to advocate for sentencing enhancement because
4. plea also stipulated to defendant's offense level
5. Any ambiguity should be construed against
6. Government; Brown v. Poole, 337 F.3d 1155, 1159-
7. 60 (9th Cir. 2003) Disputed terms were part of
8. plea agreement because Defendant reasonably
9. understood Prosecutor's promises as part of
10. bargain and promises prompted acceptance
11. of agreement US v. Guzman, 318 F.3d 1191, 1195
12. (10th Cir. 2003) court construes any ambiguities
13. against government as drafted of agreement;
14. US v. Nyhuis, 8 F.3d 231, 741-42 (11th Cir. 1993)
15. Courts will not permit Government to prevail
16. on formalistic, literal interpretation of plea
17. agreement language. The trial judge used his
18. discretionary power to strike and dismiss
19. case # CR 6637 and CR 06380 priors in the
20. furtherance of Justice. The trial judge
21. general statutory authority to dismiss an
22. action in the furtherance of Justice under
23. 1385 which includes the power to strike a
24. prior conviction for purposes of sentencing
25. whether or not the conviction has been admitted
26. or established by evidence, which he chose to
27. do in petitioner's case during sentencing. The power
28. to strike a charge of a prior conviction whether

6.

or not it has been admitted or established
by evidence is within the power referred to in
section 1385, The procedure of Striking or setting
aside or dismissing a prior conviction or any
of the multiple counts or allegations of an
indictment or information at the time of
sentencing is not expressly provided for by the
statute, But it is commonly used in trial courts.
Not only where the prior conviction has been
shown, but the trial courts have concidued in
the interest of Justice that a defendant should
not be required to undergo a statutory
increased penalty which would follow from
Judicial determination of the facts.
It is a longstanding rule of Construction, that
a statute should be interpreted favorably to the
Defendant. The trial Judge can not be said to
have committed the functional equivalent of
Striking the priors when infact he
imposed a consecutive 10 years enhancements for
the 1984 prior case. There is no logical procedure
by which he could have stricken the priors and
still arrive at the sentence he chose.
The charges underlying the two Burglaries of 1984
were not made in formally distinct proceedings
Prior felony proceedings Must be totally separate
not only during proceedings before trial but also
as to those leading to the ultimate adjudication
of guilt. —— The language of section 667

is virtually the same as the Past Section 664 in this regard. The Phrase and term, "Charges brought and tried separately" has well established a long understanding meaning. The attorney General himself recognized that meaning in his guild to Proposition 8. In which he stated under subdivision (a) of P.C. 667, to qualify for enhancement, a Prior Conviction must have been "brought and tried separately" Therefore a JOINT TRIAL AND THE CONSOLIDATION OF BOTH 1984 CASES PRODUCE THE POTENTIAL For ONLY ONE ENHANCEMENT NOT TWO! The Pleas to both offenses were jointly taken and petitioner was sentenced in a single proceeding, thereby transmuting the two required elements, of the enhancement in to one after they were consolidated on December 20th, 1983 (see copy of Plea dated January 9th, 1984 Exhibit C and Exhibit E-1, E-2) The Plea Bargain in that case provided that once petitioner pled guilty to the two counts of Burglary he would receive the midterm of four (4) years the same in the present case except only this time he was to receive Eight (8) years. Nevertheless, the trial court did not adhere to its agreement and in the interest of Justice the unjust sentence should be modified in order to meet the midterm of 8 years as agreed upon and, without the Enhancements.

# EXHIBIT COVER PAGE $\boxed{\text{A}}$

EXHIBIT

Description if this exhibit:

*ABSTRACT OF JUDGMENT - PRISON COMMITMENT*

*DATED MAY 17TH 2002.*

Number of pages to this exhibit:＿＿１＿＿pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

ABSTRA~~ ~~COMMITMEN~ DETERMINATE
[NOT v  ~AGE TWO OF CR-290 ATTACHED]  CR-290

**EXHIBIT "A"**

| ☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN | | |
|---|---|---|
| ☐ MUNICIPAL BRANCH OR JUDICIAL DISTRICT | | |

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **ROBERT GARCIA**
AKA:
CII#: **06959495**
BOOKING #: **01179781**     ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT     ☐ AMENDED ABSTRACT

| SCD164077 | -A |
| | -B |
| | -C |
| | -D |

MAY 1 7 2002

By: SHERRY BLEVINS, L

| DATE OF HEARING **05-17-02** | DEPT. NO. **31** | JUDGE **JOHN M. THOMPSON** |
|---|---|---|
| CLERK **S. BLEVINS** | REPORTER **K. KELLER** | PROBATION NO. OR PROBATION OFFICER **A601310** |
| COUNSEL FOR PEOPLE **DENNIS PANISH** | | COUNSEL FOR DEFENDANT **TRACY MACUGA**  ☐ APPTD. |

1.  Defendant was convicted of the commission of the following felonies:
    ☐ Additional counts are listed on attachment
    ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (I., M., U.) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 211** | 2ND DEGREE ROBBERY | 2001 | 04-16-02 | | | X | M | | | | | | | 6 | 0 |
| 2 | PC | 211** | 2ND DEGREE ROBBERY | 2001 | 04-16-02 | | | X | M | | | X | | | | 2 | 0 |
| | | | | | · · | | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | | |

2.  ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3.  ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| PC667(A)(1) | 5 | PC667(A)(1) | 5 | PC667(A)(1) | 5 | | | 15 | 0 |
| | | | | | | | | | |

☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6.  TOTAL TIME ON ATTACHED PAGES: | | |

7.  ☐ Additional indeterminate term (see CR-292).

8.  TOTAL TIME: | 23 | 0 |

his form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
*(Continued on reverse)*

Form Adopted by the
Judicial Council of California
R –290 (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code
§§ 1213, 1213.5

# EXHIBIT COVER PAGE B

EXHIBIT

Description if this exhibit:

RECORD OF PLEA AGREEMENT AND
STICKEN PRIORS CASES #CR66379 - #CR66380
DATED 5-17-2002

Number of pages to this exhibit: ___1___ pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

50
SDS

SCD1 b4077 DA ___ AAP14201        EXHiBiT        = CALIFORNIA, COUNTY OF SAN DIEGO

DATE  05-17-02  AT  01:30 M.         "B"         PROB HEAR-SENTENCING

PRESENT: HON JOHN M. THOMPSON                    RESIDING DEPARTMENT  031

CLERK  S/Blevins          REPORTER  K. Keller      CSR#  2451
                   REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128
THE PEOPLE OF THE STATE OF CALIFORNIA            Dennis Panish
                          VS.                    DEPUTY DISTRICT ATTORNEY

GARCIA      ROBERT                         R — T. MACUGA
            DEFENDANT                      ATTORNEY FOR DEFENDANT (PD/APD/(CC)RETAINED)

VIOLATION OF ___ PC211 C#1    PC211 C#2

ALLEGATIONS _____    INTERPRETER _____ OATH ON FILE/SWORN

PRIORS  3 Strikes, 3x PC667(a)(1)    LANGUAGE _____

**PREV**
DEFENDANT ☑ PRESENT  ☐ NOT PRESENT  ☐ NOT PRODUCED
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS/DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING.
☐ PROBATION IS: FORMALLY/SUMMARILY  ☐ REVOKED  ☐ REINSTATED  ☐ MODIFIED  ☐ CONTINUED  ☐ ST&C  ☐ EXTENDED TO: _____

**JUDGMENT**
☑ WAIVES ARRAIGNMENT.  ☐ ARRAIGNED FOR JUDGMENT.  ☐ IMPOSITION/EXECUTION OF SENTENCE IS SUSPENDED.  ☐ STIPULATED SENTENCE.
☑ PROBATION IS: ☑ DENIED  ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____. ☐ ADULT INST. RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS/DAYS PSP/VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION/COURT BY _____
☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.  ☐ SHORT TERM WORK FURLOUGH, REPORT: _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ VEHICLE INTERLOCK DEVICE (VC 13386/23575).
☑ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737
☑ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).
☐ FOR ___ LOWER/MIDDLE/UPPER TERM OF ___ YYY (YEARS/MONTHS) TO LIFE
ON COUNT TWO CODE & NO. PC211 +K    ☐ PRINCIPAL COUNT.
☐ CIRCUMSTANCES IN MITIGATION/AGGRAVATION OUTWEIGH THOSE IN MITIGATION/AGGRAVATION.
☐ NO VISITATION. PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFENDANT IS ADVISED REGARDING PAROLE/APPEAL RIGHTS. ☐ REGISTRATION PER PC 290/HS 11590/PC 457./PC 186.30 ☐ TESTING PER PC 1202.1/PC 296.
☐ FINE OF $ _____ PLUS PENALTY ASSESSMENT.
☑ RESTITUTION FINE OF $ 200  — PER PC 1202.4(b).  ☑ FORTHWITH PER PC 2085.5.
☑ RESTITUTION FINE OF $ 200  — PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT/REST. FUND PER PC 1202.4(f) OF $ _____ IN AN AMOUNT TO BE DETERMINED.
☐ AT $ _____ PER MONTH. ☐ COMBINED RATE. TO START 60 DAYS AFTER RELEASE/ON _____ THROUGH REVENUE AND RECOVERY.
☐ DEFENDANT TO PAY PRE-PLEA INVESTIGATION AND REPORT PREPARATION COSTS. ☐ DEFENDANT TO PAY BOOKING FEES.
☐ REFERRED TO REVENUE AND RECOVERY.  ☐ COURT APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $ _____

CREDIT FOR TIME SERVED
174 DAYS LOCAL
___ DAYS STATE INST.
25 DAYS PC 4019/2933.1
199 TOTAL DAYS CREDIT

TOTAL
23 yrs

**CUST STAT**
☑ DEFENDANT REMANDED TO CUSTODY OF SHERIFF. ☑ WITHOUT BAIL. ☐ WITH BAIL SET AT $ _____
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.
☐ DEFENDANT TO REMAIN AT LIBERTY. ☐ ON BOND POSTED $ _____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN/SUPERVISED RECOGNIZANCE.

**P HRGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.   Sentence per
_____ CONTINUED TO/SET FOR _____ AT _____ IN DEPT. _____ ON MOTION
OF COURT.DDA.DEFENDANT/PROBATION OFFICER. REASON:         PC667(b)-(i)

**WRNTS**
☐ BENCH WARRANT TO ISSUE. BAIL SET AT $ _____ . ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED/ORDERED _____ IS RECALLED/RESCINDED.
☐ BAIL IS: ☐ EXONERATED. ☐ FORFEITED. AMOUNT $ _____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED  ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
                ☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR SERVICE DATE OF PETITION AND ORDER.)

**OTHER**
☐ SUPPLEMENTAL REPORT ORDERED. ☑ REPORT TO REGISTRAR OF VOTERS. ☐ DMV ABSTRACT. B.A.C. _____
☐ PROBATION TO SUBMIT POST-SENTENCE REPORT DIRECTLY TO THE D.O.C. PER PC 1203c.

As to Ct 2 PC211 — 1/3 mid term 2yrs, Consecutive
PC66Xa(1) X 3 = 5 years each = 15 years, Consecutive
Court Strikes CR66379 & CR66380 Strike priors (2

HMT  Thompson

# EXHIBIT COVER PAGE $\boxed{c}$

EXHIBIT

Description if this exhibit:

COPYS OF PLEA BARGAIN OF CASES
#CR66379 - #CR66380   DATED 1-9-1984

Number of pages to this exhibit: _____2_____ pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

EXHIBIT
"C"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA
                                    Plaintiff,

vs.

*Robert Garcia*
                                    Defendant.

CASE NUMBER
~~CR~~ F-81461
DA- A74470
CHANGE OF PLEA
(GUILTY)

Comes now *Robert Garcia*

defendant in the above-entitled criminal action, and in support of his motion to change his plea, to be made in open court personally and by his attorney, does declare

defendant to submit each item

RG

1. That his attorney in the above-entitled criminal action is *Robert J. Stadler*    RG

2. That he is charged in *complaint* number ~~or~~ *F-81461*, with having violated
*PC 459 in Count I (1st degree residential burglary) + PC 496.1 in Count II (receiving stolen property)*    RG

3. That he desires to change his plea and desires to plead guilty to *PC 459 (1st degree residential)*    RG

4. That he *is* now and *was not* at the time this form was prepared in possession of all his faculties and has not consumed any drug, narcotic or alcoholic beverage in the 24 hour period preceding the entry of this plea to the extent that his sound judgment is impaired.    RG

5. That he *does* understand the nature of the charges against him.    RG

6. That he *has* discussed the nature of the charges against him and the possible defenses thereto with his attorney.    RG

7. That he violated the aforementioned Penal Code section by *entering an inhabited residence with the intent to commit a theft therein on or about 12-11-83 in the city and county of San Diego*    RG

8. That his attorney *has* explained and discussed his constitutional rights with him; that he understands his constitutional rights; that his constitutional rights have not been waived; that his attorney has specifically admonished to him (1) the right to a jury trial (2) the right to confront those witnesses who would testify against him and to cross-examine those witnesses (3) the right to testify in his own behalf or not to testify; the desires to remain silent; (4) the right to have witnesses and documents subpoenaed by the Court for use at trial; that defendant knowingly and intelligently gives up these constitutional rights.    RG

9. That his decision to change his plea has *has* been made freely and voluntarily, without threat or fear to him or to anyone closely related to or associated with him.    RG

10. That his attorney *has* explained the possible sentence and understands the maximum possible punishment to be *6 years prison*
and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of *3 years*    RG

11. That he understands that if he is granted probation and the Court finds he has violated the terms of probation he could be sentenced to State Prison at that time. For the maximum sentence of *6* years regardless of any other    RG

EXHIBIT
"C 2"

12. That he *has not* been induced to plead guilty by any promise or representation of a lesser sentence, (has/has not)
probation, reward, immunity, or anything else. If defendant's plea of guilty is the result of discussions with the District
Attorney (e.g., that the District Attorney has agreed to move to dismiss a count if defendant pleads guilty to another
count), explain briefly such promise or plea bargaining, in the following space *D.A. agrees to*
*concurrent sentence with case # F81493 and with*
*any CYA parole revocation based on these cases. D.A.*
*also agrees to mid-term lid of 4 years not to*
*preclude arguing for less*

RG

13. That he *is* eligible for probation and that he *does* understand that the matter of proba-
(is/is not)                                        (does/does not)
tion and sentence is to be determined solely by the court

RG

14. That he is pleading guilty because in truth and in fact he *is* guilty, and for no other reason
(is/is not)

RG

Defendant has   (cross out the inapplicable phrase)

1. ~~personally prepared and discussed with his attorney~~

2. read, discussed, and has had explained to him by his attorney,

each of the above items, and understands same. Defendant has initialed each item as proof thereof.

Executed this *9* day of *JAN* 19 *84* in the Court, of San Diego, State
of California

*Robert Thrie*
(Defendant's signature)

*Robert J. Stall Jr.* states that he is the attorney for
defendant in the above-entitled criminal action, that he personally read, discussed and explained the contents of the above
declaration of the defendant and each item thereof, that defendant's constitutional rights have not been violated, that no
meritorious defense exists to the charges to which defendant is pleading guilty, that he personally observed the defendant
(fill in and initial each item, or read and initial each item) acknowledging explanation of the contents of each item, that he
observed defendant date and sign said declaration, that he concurs in defendant's withdrawal of his pleas of not guilty,
that he concurs in defendant's pleas of guilty to the charges) as set forth by the defendant in the above declaration

Dated this *9th* day of *January* 84 *Robert J. Stall Jr.*
(Attorney's signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney,
EDWIN L. MILLER, JR., District Attorney, concurs in the defendant's withdrawal of his pleas of not guilty and in the
defendant's plea of guilty to the charge(s) as set forth by the defendant in the above declaration

Dated this ____ day of ____ 19 ___

EDWIN L. MILLER JR.
District Attorney

By _____
(Deputy District Attorney)

Defendant personally and by his attorney having in open court moved to withdraw his pleas of not guilty as
heretofore entered and the People of the State of California, by and through its attorney, having concurred in said motion,

IT IS HEREBY ORDERED that said motion be and the same is hereby granted

Dated *1/9/84*
(Judge of the Superior Court)

# EXHIBIT COVER PAGE $\boxed{D}$

EXHIBIT

Description if this exhibit:

*ABSTRACT OF JUDGMENT OF CASES*
*#CR66379 - #CR66380*
*DATED 9-11-1985*

Number of pages to this exhibit: ___1___ pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

ABS&    EXHIBIT "D"    • COMMITMENT    FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUN'

BR.

37

PEOPLE OF THE STATE OF CALIFORNIA    versus    X    PRESENT    CR66379 — A

DEFENDANT: ROBERT GARCIA    NOT PRESENT    CR66380 — B

AKA:    — C

COMMITMENT TO STATE PRISON    — D

ABSTRACT OF JUDGMENT    AMENDED ABSTRACT    — E

| DATE OF HEARING | DEPT NO | JUDGE | | |
|---|---|---|---|---|
| 09.11.85 | NINE | BARBARA T. GAMER | | JANE HEINS |

CYNTHIA VANDERVORT    JAY COULTER    ROBERT STALL    G. FREEMAN

I DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | SECTION NUMBER | CRIME | DATE OF CONVICTION | CONVICTION BY | | | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | PC 459* | 1st Deg. BURGLARY | 83 01 09 84 | | X | M | (PRINCIPAL) | | | | | 4 |
| B | PC 459* | 1st Deg. Burglary | 83 0109 84 | | X | M | X | | | | | (4) |

2 ENHANCEMENTS CHARGED AND FOUND TRUE — TIME IMPOSED

3 INCOMPLETE SENTENCE(S) FROM... CREDIT FOR TIME SERVED

4 I. E. NUMBER OF PRIOR PRISON TERMS

| | 0 |
|---|---|
| | 0 |
| | 0 |

5. NUMBER OF PRIOR FELONY CONVICTIONS

| | 0 |

6 TOTAL TIME IMPOSED ON ALL JUDGMENT PAGES FORM DSL 290A

7 TIME STAYED (170.0(a)), 1 PGM LIMIT) AND/OR (654(j)) (DOUBLE BASE LIMIT)

8 TOTAL TERM IMPOSED ————————————→    4

9 EXECUTION OF SENTENCE IMPOSED

X AT INITIAL SENTENCING HEARING    AT RESENTENCING PURSUANT TO DECISION ON APPEAL    AFTER REVOCATION OF PROBATION    D AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC170.10)

10. DATE SENTENCE PRONOUNCED    09  11  85    CREDIT FOR TIME SPENT IN CUSTODY    INCLUDING    *CREDITS TO BE DETERMINED BY DEPT OF CORP!

11 DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

X FORTHWITH    AFTER 48 HOURS EXCLUDING SATURDAYS SUNDAYS AND HOLIDAYS    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION GUIDANCE CENTER LOCATED AT    CALIF. INSTITUTION FOR WOMEN - FRONTERA    CALIF. MEDICAL FACILITY - VACAVILLE    X CAL INSTITUTION FOR MEN - CHINO

OTHER (specify)

**NUNC PRO TUNC TO 02-09-84

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action

DEPUTY'S SIGNATURE    DATE

Pamela Fisher    September 11, 1985

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code§1213. Abstract of Judgment and Commitment. When defendate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections copy of the form pursuant to Penal Code §1170b. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California    ABSTRACT OF JUDGMENT — COMMITMENT

Effective July 1, 1981    FORM DSL 290    Pen.C 1213.5

DISTRIBUTION    PINK COPY - COURT FILE,    YELLOW COPY - DEPARTMENT OF CORRECTIONS.    WHITE COPY - ADMINISTRATIVE OFFICE OF THE COURTS.

# EXHIBIT COVER PAGE $\boxed{E}$

EXHIBIT

Description if this exhibit:

"CONSOLIDATION" OF BOTH CASES
#CR6637 - # CR66380
F81461 - F81493    DATED DEC, 20, 1983

Number of pages to this exhibit: _____2_____ pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

3

F81461

**DEC 1 0 1983**

DDA/DSA: _Alex Jotpp_
DEFENSE COUNSEL: _Robert Hall (A)_
REPORTER: _S. Kirlin_
PROB. OFF.

CR 66389

DEFENDANT    PRESENT.

A bail hearing was held

Motion by Counsel for defendant_____
For _bail reduction_
The People:   Object_____ Concur_____ Take no position_
Motion granted_____            Denied ✓

Bail hearing in Dept. _F_ ~~confirmed~~ on _12-20-83_ at _8:30 A.M._

Bail set at $ _4,000_

_pending_
Commitment issued

H. RONALD DOMNITZ

**DEC 2 0 1983**

DDA/DSA: _Clifford P. Dobrin_
DEFENSE COUNSEL: _in person and by Robert Hall (A)_
REPORTER: _Evie Henderson_
PROB. OFF.

Case before court for bail review.

case continued to _1-6-84_            _2:30 p.m. in MC 6_

Defendant is hereby ordered to appear for preliminary hearing
in Presiding Dept. on _1-12-84_ at _8:15am_ (1 hour)
Vacate _12-29-83_ Preliminary hearing date
Consolidate with case # _F81493_.

~~TIME WAIVED~~
as
~~Bail Set at $ 4,000.~~

COMMITMENT ISSUED

H. RONALD DOMNITZ

-3-                    F81493

                                    CR 66578

DEC 20 1983

DDA/~~DM~~: *Clifford P. Dobin*
DEFENSE COUNSEL: *in person and by Robert Stall(?)*
REPORTER: *G. Haleson*
PROB. OFF.

*Case before the Court at the request of defense*
*Counsel.*

Case continued to *L 6-84*          @ *2:30* P.M. *in MC 6.*

Defendant is hereby ordered to appear for preliminary hearing
in Presiding Dept. on *1-12-84*   at *8:15 AM* :

*Bail review date of 12-22-83 @ 8:30 AM is*
*Waived. Preliminary hearing date of*
*1-4-84 is Vacated.*
*Consolidate with case # F 81461.*

~~TIME~~ WAIVED

~~Bail/Set~~ at $ *5,000.*

COMMITMENT ISSUED

H. RONALD DOMNITZ    *(signature)*

JAN 6  1984
Transferred from presiding department to Dept.    *MC-6*
DDA/~~DM~~: *R. Quen*
DEFENSE COUNSEL: *in person and by R. Stall*
REPORTER: *Cathy Willis*
PROB. OFF:

Case continued to *1-9-84*   at *8:30* M. *m-c-6   Pisposition*

No disposition reached at this time.
Preliminary hearing date to remain as set.
~~Bail~~ *5,000*
      *(signature)*
COMMITMENT ISSUED.

F. MAC AMOS, JR.
   *(signature)*

JAN 9  1984
*(stamp, illegible)*

# EXHIBIT COVER PAGE F

EXHIBIT

Description if this exhibit:

ABSTRACT OF JUDGMENT FROM los
ANGELES CASE, SHOWING ONE PRIOR
P.C. 667.(a) AND ONE ENHANCEMENT OF
5 YEARS FOR THE 1983 PRIORS THAT
WERE CONSOLIDATED.

Number of pages to this exhibit: _____2_____ pages

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

EXHIBIT "F-1"

**ABSTRACT OF JUDGMENT — COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ___LOS ANGELES___
BRANCH ___SOUTHEAST___

COURT I.D.: 1,9,0,0,1,0,9

FILED
FEB 27 1989
FRANK S. ZOLIN, COUNTY CLERK

PEOPLE OF THE STATE OF CALIFORNIA    versus
DEFENDANT: GARCIA, ROBERT    [X] PRESENT    [ ] NOT PRESENT
AKA:

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    [ ] AMENDED ABSTRACT    CASE NUMBER: A 478490

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 02, 27, 89 | SE P | R.P. KALUSTIAN | R. ZAGON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G. HALL | P. MILLETT | R. VAN SLOTEN | X 244005 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTION BY JURY TRIAL | COURT TRIAL | PLEA | TERM (I, M, U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 459* | ROBBERY, 1st DEG. | 88 | 01 | 11 | 89 | X | | | U | 6 | |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. OTHER ORDERS:

4. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | 1 | 0 | 1 | 1 |
| 667.6(b) | | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | 1 | 0 | 1 | 5 |

5. TIME STAYED §1170.1(f)  [DOUBLE BASE LIMIT]:

6. TOTAL TERM IMPOSED: ➤ 12

7. [ ] THIS SENTENCE IS TO RUN **CONCURRENT** WITH ANY PRIOR UNCOMPLETED SENTENCE(S).

8. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC §1170(d))

9. DATE SENTENCE PRONOUNCED:
MO 02  DAY 27  YEAR 89

| CREDIT FOR TIME SPENT IN CUSTODY: | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| | 299 | | 199 | 100 | [ ] DMH  [ ] CDC |

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[X] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): _____

CLERK OF SUPERIOR COURT

*I hereby certify the foregoing to be a correct abstract of the judgment made in this action.*

DEPUTY'S SIGNATURE _____    DATE  MAR 02 1989

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Pen. C. 1213.5.

CRC

3 P&S

SUPERIOR ~UR~    ~ DEPT.    SEP    Deputy Clerk

Date FEBRUARY 27 1989    R ZAGON
HONORABLE RICHARD P KALUSTIAN    G HALL    Reporter
R ALLEN

301    resent)
CASE NO. A478490    ie:    P. Millet
PEOPLE OF THE STATE OF CALIFORNI    :t ATTY: R. Van Sloten
vs
EXHIBIT
"F2"
01 GARCIA ROBERT ✓
459    OIC    endly YN PRO PER

CHARGE

(BOX CHECKED IF ORDER APPLICABLE) X

NATURE OF PROCEEDINGS    INTERPRETER

71  [ ]  ~CG~ X244005  PLS ~APPN ATTY CERTI~    [ ] OATH FILED PER SECTION 68560 GOVERNMENT CODE.
    [ ] PUBLIC DEFENDER APPOINTED, D.P.D. _____    [ ] PUBLIC DEFENDER RELIEVED. PURSUANT TO PENAL CODE SECTION 987.3/GOVERNMENT CODE SECTION 31000
    [ ] DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED.    IS APPOINTED.
        ALTERNATE DEFENSE COUNSEL _____
72  [ ] CRIMINAL PROCEEDINGS ADJOURNED/RESUMED.
73  [ ] DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PER SECTION 1203.03 PENAL CODE.
74  [ ] ON _____ MOTION, PROBATION AND SENTENCE HEARING/FURTHER PROCEEDINGS CONTINUED TO _____    [ ] SUPPLEMENTAL PROBATION REPORT/PROGRESS REPORT ORDERED
        AT _____ A.M. IN DEPT. _____    [ ] DEFENDANT ORDERED TO RETURN.
75  [ ] DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR SENTENCING.
76  [X] PROBATION DENIED / ~~~ SENTENCE IMPOSED AS FOLLOWS:    [ ] TOTAL OF ~~~ 12 YEARS ~MONTHS
    [X] IMPRISONED IN STATE PRISON FOR _____ TERM PRESCRIBED BY LAW
        [X] COURT SELECTS THE Upper 2 TERM OF _____ (YEARS) PURSUANT TO PENAL CODE SECTION ____ 667A PC (284)
        [X] PLUS 7 years ADJUDICATED IN BOX 86 BELOW    PC 4 (284)
        [ ] COMMITTED TO CALIFORNIA YOUTH AUTHORITY. THE TERM OF IMPRISONMENT TO WHICH THE DEFENDANT WOULD
            HAVE BEEN SENTENCED PURSUANT TO SECTION 1170 PENAL CODE IS _____ YEARS
        [ ] IMPRISONED IN LOS ANGELES COUNTY JAIL FOR TERM OF _____ DAYS
        [ ] FINED IN SUM OF $ _____ PLUS ADDITIONAL FINE OF $ _____ (11372.5 HEALTH & SAFETY CODE) FOR A
            TOTAL FINE OF $ _____ PLUS $ _____ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO
            BE PAID TO COUNTY CLERK.    [X] PAY RESTITUTION FINE IN SUM OF $ 500 00    PURSUANT TO SECTION 13967(a)
            GOVERNMENT CODE PAYABLE TO RESTITUTION FUND
77  [ ] SENTENCE SUSPENDED. _____ YEARS _____    [ ] PROBATION TO BE WITHOUT FORMAL SUPERVISION.
78  [ ] PROBATION GRANTED FOR A PERIOD OF _____ DAYS IN COUNTY JAIL    [ ] ROAD CAMP OR HONOR FARM RECOMMENDED.
    1  [ ] SPEND FIRST _____    [ ] NOT TO BE ELIGIBLE FOR COUNTY PAROLE
        [ ] WORK FURLOUGH PROGRAM RECOMMENDED.    [ ] PLUS ADDITIONAL FINE OF $ _____ (11372.5 HEALTH & SAFETY CODE) FOR A
    2  [ ] FINED IN SUM OF $ _____ PLUS $ _____ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO
        BE PAID TO PROBATION OFFICER IN SUCH MANNER AS HE SHALL PRESCRIBE.    [ ] TO THE VICTIM/RESTITUTION FUND PURSUANT TO SECTION 1203.04
    3  [ ] MAKE RESTITUTION OF $ _____ AS THE PROBATION OFFICER SHALL PRESCRIBE.    [ ] TOTAL AMOUNT OF RESTITUTION TO
        PENAL CODE IN SUCH MANNER AS THE PROBATION OFFICER SHALL PRESCRIBE. 1203.1 P.C
        INCLUDE _____ % SERVICE CHARGE AS AUTHORIZED BY SECTION 1203.1 P.C    [ ] PURSUANT TO SECTION 13967(a) GOVERNMENT CODE PAYBLE TO
        [ ] PAY RESTITUTION FINE IN SUM OF $ _____    [ ] SAID FINE TO BE STAYED WHILE DEFENDANT PAYS RESTITUTION
        PROBATION DEPARTMENT IN SUCH MANNER AS THEY PRESCRIBE. WILL STAY SHALL BE PERMANENT.
        AND IF RESTITUTION IS PAID IN FULL, STAY SHALL BE PERMANENT.
    4  [ ] MINIMUM PAYMENT OF FINE/RESTITUTION TO BE $ _____
    5  [ ] NOT DRINK ANY ALCOHOLIC BEVERAGE AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEM OF SALE.
    6  [ ] NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID
        PRESCRIPTION, AND STAY AWAY FROM PLACES WHERE USERS CONGREGATE.
    7  [ ] NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG USERS OR SELLERS.
    8  [ ] SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS AS DIRECTED BY THE PROBATION OFFICER. SUCH TESTING TO BE SUSPENDED WHILE THE
        DEFENDANT IS IN CUSTODY, IS HOSPITALIZED, OR IS IN A RESIDENTIAL DRUG TREATMENT PROGRAM APPROVED BY PROBATION
        OFFICER.
    9  [ ] HAVE NO BLANK CHECKS IN POSSESSION. NOT WRITE ANY PORTION OF ANY CHECKS. NOT HAVE BANK ACCOUNT UPON WHICH YOU
        MAY DRAW CHECKS.
    10 [ ] NOT GAMBLE OR ENGAGE IN BOOKMAKING ACTIVITIES OR HAVE PARAPHERNALIA THEREOF IN POSSESSION, AND NOT BE PRESENT IN
        PLACES WHERE GAMBLING OR BOOKMAKING IS CONDUCTED.
    11 [ ] NOT ASSOCIATE WITH _____
    12 [ ] COOPERATE WITH PROBATION OFFICER IN A PLAN FOR _____
    13 [ ] SUPPORT DEPENDENTS AS DIRECTED BY PROBATION OFFICER.
    14 [ ] SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED BY PROBATION OFFICER.
    15 [ ] MAINTAIN RESIDENCE AS APPROVED BY OR COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
    16 [ ] SURRENDER DRIVER'S LICENSE TO CLERK OF COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
    17 [ ] NOT DRIVE A MOTOR VEHICLE UNLESS LAWFULLY LICENSED AND INSURED.
    18 [ ] NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS.
    19 [ ] SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER,
        WITH OR WITHOUT A WARRANT.
    20 [X] OBEY ALL LAWS, ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND OF THE COURT.    (1999)
79  [X] DEFENDANT TO BE GIVEN CREDIT FOR ~~~ DAYS IN CUSTODY (INCLUDES ~~~ DAYS GOOD TIME/WORK TIME)
80  [ ] SENTENCE/COUNTS TO RUN CONSECUTIVELY TO/CONCURRENTLY WITH _____ GRANTED TO _____
81  [ ] STAY OF EXECUTION OF _____    [ ] DISMISSED IN FURTHERANCE OF JUSTICE.
82  [ ] ON MOTION OF PEOPLE, COUNTS _____
83  [ ] COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
84  [ ] "NOTICE AND CERTIFICATE OF REHABILITATION AND PARDON" GIVEN TO DEFENDANT.
85  [ ] DEFENDANT TO PAY COSTS OF PROBATION SERVICES IN AMOUNT OF $ _____
86  [ ] COURT FINDS THAT DEFENDANT DOES NOT HAVE THE PRESENT ABILITY TO PAY COSTS OF INCARCERATION/LEGAL SERVICES RENDERED/
        PROBATION SERVICES RENDERED.
87  [ ] DEFENDANT IS REFERRED TO TREASURER/TAX COLLECTOR FOR FINANCIAL EVALUATION.
88  [X] FURTHER ORDER AS FOLLOWS/ADDITIONAL CONDITIONS OF PROBATION: Albert Juarez

Defendant's motion for new trial is called for hearing. Albert Juarez
and Richard Van Sloten are sworn and testify for the Defendant. Motion is
denied.
Notice on Appeal received.

PHONE CALLS AT DEFENDANT'S OWN EXPENSE
89  [ ] SHERIFF IS ORDERED TO ALLOW DEFENDANT _____
90  [ ] DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
91  [ ] BAIL, IF POSTED, FORFEITED/O.R. REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL _____
        [ ] NO BAIL/BAIL FIXED AT $ _____    [ ] RECALL NO. _____    [ ] WRITTEN    [ ] ABSTRACT FILED
92  [ ] DEFENDANT APPEARING BENCH WARRANT ORDERED RECALLED/QUASHED

| MINUTES ENTERED |
| COUNTY CLERK |

3 P&S

[ ] REMANDED    [ ] BAIL    [ ] BAIL EXON.    [ ] BOND NO. _____
[ ] RELEASED    [ ] O.R.    [ ] O.R. DISCHARGED    [ ] ON PROBATION
                                                   [ ] IN CUSTODY OTHER MATTER

NPT 3-1-89

S159382

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re ROBERT GARCIA on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

JUN 1 1 2008

Frederick K. Ohlrich Clerk

Deputy

GEORGE
Chief Justice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Garcia

        Petitioner,

  v.

Jimmy Walker

        Respondent

Case No:_____

**PROOF OF SERVICE**

    I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (am not)   a party to the above entitled action.

    On AUGUST 4TH, 2008, I served a copy of: PETITION FOR WRIT OF HABEAS CORPUS

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1.  UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT

    880 FRONT STREET, SUITE 4290
    SAN DIEGO, CA. 92101-8900

2.

    I declare under the penalty of perjury that the foregoing is true and correct.

(Signature) R. Garcia

                        Declarant

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Robert Garcia

FILING FEE PAID

Yes No
IFP MOTION FILED
Yes No
CONSENT TO
Count PreSe

**DEFENDANT**

Jimmy Walker

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Robert Garcia
PO Box 290027
Represa, CA 95671
T-51858

**ATTORNEYS (IF KNOWN)**

'08 CV 1441 W WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   8/7/2008   SIGNATURE OF ATTORNEY OF RECORD   R Miller

CR