GARCIA # T51858
A6-120

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, GARCIA, R, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

**08 CV 1441 W WMc**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $0 | $ |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child Support | $0 | $ | $0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ | $0 | $ |
| Disability (such as social security, insurance payments) | $0 | $ | $0 | $ |
| Unemployment payments | $0 | $ | $0 | $ |
| Public-assistance (such as welfare) | $0 | $ | $0 | $ |
| Other (specify): _____ | $0 | $ | $0 | $ |
| Total monthly income: | $ | $ | $0 | $ |

2254 ✓ 1983
FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓ No ___
COPIES SENT TO  Court ✓ ProSe ___

CR

6. State every person, business, or organization owing you or your spouse money, and the amoun owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ‒⊘‒ | $_____ | $_____ |
| | $_____ | $_____ |
| | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| ‒⊘‒ | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ yes ☐ no Is property insurance included? ☐ yes ☐ no | $ ⊘ | $_____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ ⊘ | $_____ |
| Home maintenance (repairs and upkeep) | $ ⊘ | $_____ |
| Food | $ ⊘ | $_____ |
| Clothing | $ ⊘ | $_____ |
| Laundry and dry-cleaning | $ ⊘ | $_____ |
| Medical and dental expenses | $ ⊘ | $_____ |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: _____ | $ 0 | $ |

Taxes (not deducted from wages or included in mortgage payments) (specify): _____   $ 0   $

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ 0 | $ |
| Credit card(s) | $ 0 | $ |
| Department store(s) | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ |

Total monthly expenses:   $ _____   $ _____

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ yes ☒ no       If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   yes (no)

If yes, how much? ___—0—___

If yes, state the attorney's name, address, and telephone number:

—0—

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ yes ☒ no

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

—0—

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I HAVE NO MEANS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __July 28__, __'08__

R. Garcia  #T51858
A6-120

```
REPORT ID: TS3030  .701                                           REPORT DATE: 07/30/08
                                                                  PAGE NO:            1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER  : T51858                 BED/CELL NUMBER: FA6 1 00000020L
ACCOUNT NAME    : GARCIA, ROBERT                ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                           TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL          TOTAL        CURRENT         HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS      WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED
 ---------    ----------    -------------   ----------    -----------    --------------
    0.00         0.00           0.00          0.00           0.00            0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                               0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE